J-S19028-19

COMMONWEALTH OF PENNSYLVANIA  :   IN THE SUPERIOR COURT OF
                              :           PENNSYLVANIA
                              :
            v.                :
                              :
                              :
ERIC ROGERS                   :
                              :
            Appellant         :   No. 342 EDA 2017

Appeal from the Judgment of Sentence July 2, 2015
In the Court of Common Pleas of Philadelphia County Criminal Division at
No(s):  CP-51-CR-0000721-2013,
CP-51-CR-0001717-2013, CP-51-CR-0005681-2012,
CP-51-CR-0007377-2012, CP-51-CR-0007563-2012

BEFORE:   LAZARUS, J., KUNSELMAN, J., and STRASSBURGER, J.*

# O R D E R

AND NOW, this 12th day of August, 2021, we grant the application of the Commonwealth to convert the memorandum decision filed in the above-captioned case to a published opinion.  The memorandum decision filed on July 13, 2021, is withdrawn.

PER CURIAM

Judge Strassburger did not patriciate in the decision or consideration of this order.

---

* Retired Senior Judge assigned to the Superior Court.